**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

Equal Employment Opportunity
Commission,

        Plaintiff,                         Civil No.06-3841 (RHK/JSM)

vs.                                **DISQUALIFICATION AND**
                                    **ORDER FOR REASSIGNMENT**

Leiferman Enterprises, LLC, d/b/a
Harmon Autoglass, Auto Glass Repair
and Windshield Replacement Services,
Inc.,

        Defendants.

      The above-entitled matter has been assigned to the undersigned, a Judge of the above Court.  Pursuant to Title 28, United States Code § 455, the undersigned recuses himself from hearing this matter.  Accordingly,

      **IT IS HEREBY ORDERED,** that pursuant to this Court's Assignment of Cases Order dated June 29, 2006, the above-captioned action shall be resubmitted to the Clerk of Court for reassignment.

      **IT IS FURTHER ORDERED,** that a copy of this Order shall be filed in the above-captioned case.

Dated:  September 6, 2007

                                                          s/Richard H. Kyle
                                                          RICHARD H. KYLE
                                                          United States District Judge