UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION,

               Plaintiff,                     ORDER

          v.                        Civil No. 06-3841 ADM/JSM

LEIFERMAN ENTERPRISES, LLC, d/b/a
HARMON AUTOGLASS, and
AUTO GLASS REPAIR AND WINDSHIELD
REPLACEMENT SERVICES, INC.,

               Defendants.

_____

     Based upon the Court's prior Order of Default Judgment dated June 16, 2008, and a

Second Declaration in Support of Default Judgment filed by counsel on July 1, 2008, IT IS

HEREBY ORDERED THAT:

     Judgment shall be entered in the total amount of $112,150.00 against Defendant

Lieferman.  This amount includes lost wages in the amount of $62,150.00 and combined

compensatory and punitive damages in the amount of $50,000.00.

     LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: July 9, 2008

                                 s/Ann D. Montgomery

                              _____
                              JUDGE ANN D. MONTGOMERY
                              UNITED STATES DISTRICT COURT