AO450 (Rev. 5/85)  Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## District of Minnesota

EQUAL EMPLOYMENT OPPORTUNITY
COMMISSION

V.

LEIFERMAN ENTERPRISES, LLC, d/b/a
HARMON AUTOGLASS, and
AUTO GLASS REPAIR AND WINDSHIELD
REPLACEMENT SERVICES, INC.

**JUDGMENT IN A CIVIL CASE**

Case Number:  06-3841  ADM/JSM

☐ **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Judgment shall be entered in the total amount of $112,150.00 against Defendant Lieferman. This amount includes lost wages in the amount of $62,150.00 and combined compensatory and punitive damages in the amount of $50,000.00.

| July 10, 2008 | RICHARD D. SLETTEN, CLERK |
|---|---|
| Date | |
| | s/A. Linner |
| (By) | A. Linner,   Deputy Clerk |

Form Modified:  09/16/04